1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5065
7     Fax: (408)-535-5066
      E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13
14 UNITED STATES OF AMERICA,    ) NO. 13-CR-00798-RMW
                                        )
15 Plaintiff,                        ) STIPULATION AND []
                                        ) ORDER REGARDING DISCLOSURE OF
16 v.                                       ) SEARCH WARRANT AND RELATED
                                        ) DOCUMENTS
17 JUAN LUIS JIMENEZ-CASTANEDA, )
                                        )
18 Defendant.                         )
                                        )
19

20       IT IS HEREBY STIPULATED by the undersigned that the documents filed with the Court

21 under seal that are listed in Attachment A hereto may be provided as discovery to undersigned counsel

22 for the defendant Juan Luis Jimenez-Castaneda, subject to the same limitations and restrictions that are

23 set forth in the protective order signed by the Honorable Ronald M. Whyte, Senior United States

24 District Judge, and filed in in the instant matter on January 22, 2014 (ECF-filed Document No. 32), and

25 that said filings remain sealed for all other purposes.

26 DATED: April 15, 2014               MELINDA HAAG
                                                United States Attorney
27
                                                /s/
28                                            Thomas A. Colthurst
                                              Assistant United States Attorney

                    /s/
Peter F. Goldscheider, Esq.
Counsel for Defendant JUAN LUIS JIMENEZ-CASTANEDA

## ORDER

Based on the stipulation between the parties set forth above, it is hereby ORDERED that the documents filed with the Court under seal that are listed in Attachment A hereto may be provided as discovery to above-specified counsel for defendant Juan Luis Jimenez-Castaneda subject to the same limitations and restrictions that are set forth in the protective order signed filed in the instant matter on January 22, 2014 (ECF-filed Document No. 32)) and that said filings remain sealed for all other purposes.

IT IS SO ORDERED.

DATED:

THE HONORABLE RONALD M. WHYTE
Senior United States District Judge

# ATTACHMENT A

WIRETAP APPLICATIONS/ AFFIDAVITS/ ORDERS

| DATE OF ORDER | COURT NUMBER | DESCRIPTION |
| --- | --- | --- |
| 10-15-13 | CR 13-90842-MICS-EJD | Wiretap for 1 phone |
| 11-22-13 | CR 13-90842-MICS-EJD | Wiretap for 3 phones |

PEN REGISTER APPLICATIONS/ORDERS

| DATE OF ORDER | COURT NUMBER | DESCRIPTION |
| --- | --- | --- |
| 5-23-13 | CR 13-90456-MISC-HRL | Pen register/cell site data – one telephone |
| 9-23-13 | CR 13-90795-MISC-HRL | Pen register/cell site data – one telephone |
| 11-6-13 | CR 13-90907-MISC-HRL | Pen register/cell site data – one telephone |
| 11-13-13 | CR 13-90927-MISC-HRL | Pen register/cell site data – one telephone |

WARRANTS/ORDERS AND APPLICATIONS FOR LOCATION DATA FOR CELLULAR TELEPHONES

| DATE OF WARRANT | COURT NUMBER | DESCRIPTION |
| --- | --- | --- |
| 9-23-13 | CR 13-90794-MISC-HRL | Location data for 1 phone |
| 10-18-13 | CR 13-90846-MISC-PSG | Location data for 1 phone |
| 11-4-13 | CR 13-90887-MISC-PSG | Location data for 6 phones |
| 11-7-13 | CR 13-90920-MISC-HRL | Location data for 1 phone |
| 11-13-13 | CR 13-90926-MISC-HRL | Location data for 1 phone |

OTHER APPLICATIONS/ORDERS CONCERNING CELL PHONES:

| DATE OF ORDER | COURT NUMBER | DESCRIPTION |
|---|---|---|
| 6-6-13 | CR 13-90494-MISC-PSG | Order for historical cell site information |
| 10-24-13 | CR 13-90871-MISC-PSG | Cell tower dump order |

SEARCH WARRANTS/ APPLICATIONS AND AFFIDAVITS/ SEALING ORDERS

| DATE OF WARRANT | COURT NUMBER | DESCRIPTION |
|---|---|---|
| 6-7-13 | CR 13-70644-HRL | Warrant for text messages |
| 12-2-13 | CR 13-71510-PSG | 17360 Lakeview Dr, Morgan Hill, CA |
| 12-2-13 | CR 13-71511-PSG | 13805 Center Ave., San Martin CA |
| 12-2-13 | CR 13-71512-PSG | 701 Kings Row, 41D, San Jose, CA |
| 12-11-13 | CR 13-71534-PSG | Warrant for text messages |
| 2-4-14 | CR 14-70120-HRL | Warrant for data from electronic storage devices |

POLE CAMERA APPLICATIONS/ORDERS:

| DATE OF ORDER | COURT NUMBER | DESCRIPTION |
|---|---|---|
| 5-2-13 | CR 13-90372-MISC-HRL | Camera observing 13805 Center Ave., San Martin CA |
| 10-8-13 | CR 13-90833-MISC-HRL | Camera observing 13805 Center Ave., San Martin CA |

STIPULATION AND [] ORDER REGARDING DISCLOSURE
OF DOCUMENTS FILED UNDER SEAL            4